

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

Sarina Kaplan
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

Main: (856) 757-5105
Direct: (856) 757-5031
sarina.kaplan@usdoj.gov

August 6, 2026

**Via ECF**
Hon. Robert Kirsch, U.S.D.J.
United States District Court, D.N.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: *Ricardo Pereira v. Soto, et. al.*, No. 26-8717 (RK)
     **Petitioner's Release**

Dear Judge Kirsch:

  This Office represents Respondents in the above-referenced habeas matter. We respectfully submit this letter in response to the Court's August 6, 2026, Text Order granting the immediate release of Petitioner. ECF No. 4. U.S. Immigration and Customs Enforcement ("ICE") advised this Office that it previously released Petitioner from its custody on July 27, 2026, at 4:53 p.m. Respondents respectfully request that the Court deny the Petition as moot and close this matter.

  We thank the Court for its attention to this matter.

          Respectfully submitted,

          ROBERT FRAZER
          United States Attorney

    By: *s/Sarina Kaplan*
       SARINA KAPLAN
       Assistant United States Attorney
       *Attorneys for Respondents*

cc:  Counsel of record via ECF

SO ORDERED,

_____
Robert Kirsch, U.S.D.J.
DATE: _August 10, 2026_